IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00401-MSK-BNB

GREELEY-ROTHE, LLC,
HERTZKE HOLSTEINS, LTD.,
RICK D. HERTZKE, and
KATHLEEN G. HERTZKE,

Plaintiffs,

v.

ANADARKO E & P COMPANY LP, f/k/a RME PETROLEUM COMPANY,
ANADARKO LAND COMPANY, f/k/a RME LAND CORP.,
UNIOIL, INC., and
NOBLE ENERGY PRODUCTION, INC.,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Amend Complaint** [docket no. 21, filed June 12, 2008] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept for filing the tendered Amended Complaint, which is Exhibit 1, Attachment 21-2 to this motion. Defendants have ten (10) days to answer or respond to this Amended Complaint.

DATED: June 13, 2008